AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

United States Courts
Southern District of Texas
FILED

*June 18, 2026*

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
| v. | ) | Case No. |
| Candelario PEREZ Jr. | ) | **4:26-mj-391** |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___ June 16, 2026 ___ in the county of ___ Brooks ___ in the ___ Southern ___ District of ___ Texas ___, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 21 USC Sections 841(a)(1) and (b)(1)(A)(ii) | Knowingly, intentionally, and unlawfully possess with intent to distribute over 5 kilograms of a mixture or substance containing cocaine a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See "Attachment A."

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Patrick Zaruba, DEA Special Agent
_____
*Printed name and title*

Telephonically sworn to before me by telephone.

Date:    06/18/2026

_____
*Judge's signature*

City and state:    Houston, Texas

Peter Bray, United States Magistrate Judge
_____
*Printed name and title*

**4:26-mj-391**

## ATTACHMENT A

In October 2025, Candelario PEREZ was identified as a cocaine courier who had previously delivered multi-kilograms of cocaine to a distributor in Houston, Texas. Agents subsequently seized a cocaine shipment in Houston, Texas that had been delivered by PEREZ. Accordingly, Agents began investigating PEREZ.

On June 16, 2026, at approximately 7:50 p.m., Border Patrol Agents encountered PEREZ and his wife, Michelle Lopez, at the Falfurrias, Texas Border Patrol Check Point. The subjects were attempting to smuggle 44.5 kilograms of cocaine (26 bricks) in their vehicle, a Ford F250 bearing Texas license plates WXM-0425.

While conducting primary inspection duties, Agents received information regarding a vehicle suspected of smuggling narcotics. Upon arrival at the checkpoint, the driver was identified as PEREZ and the passenger as LOPEZ.

During questioning, PEREZ stated they were traveling to Las Vegas for a week. Agents observed PEREZ acting nervously and noted only a couple of bags in the rear seats. LOPEZ then changed her statement, indicating the trip was for only three days to celebrate her birthday.

Due to conflicting stories regarding the trip's duration, insufficient luggage for the stated trip, and PEREZ's nervous demeanor, Agents requested consent to search his vehicle. PEREZ granted consent, and the vehicle was sent to secondary inspection and x-rayed using the z-portal.

During the search, Agents inspected the auxiliary tank/toolbox in the bed of the truck and observed bundles wrapped in black electrical tape. The auxiliary tank contained no fuel and showed no signs of prior fuel use. Upon removing a sheet metal cover, Agents discovered 26 bundles of suspected narcotics. Both PEREZ and LOPEZ were taken into custody.

While being placed under custody, PEREZ freely stated that his wife knew nothing about what was in the truck and that it all belonged to him.

The narcotics were tested using a Gemini unit and confirmed positive for cocaine, with a total weight of 44.5 kilograms.

At approximately 10:49 p.m., TID TU Agents, along with DEA and CID Agents, interviewed PEREZ. PEREZ was read his Miranda rights and consented to answer questions. PEREZ stated he woke up sometime during the day but refused to specify the time. He admitted to loading approximately 24 bricks of cocaine at an unspecified location, acknowledging he knew he was loading cocaine. PEREZ refused to disclose the location and stated he was taking his wife to Las Vegas for her birthday. He insisted LOPEZ was unaware of the narcotics and claimed sole responsibility. PEREZ refused further cooperation, and the interview was terminated.

Agents interviewed LOPEZ, who stated she heard PEREZ state, "Oh fuck, I loaded some things with my things in the truck."

Patrick Zaruba
Special Agent
Drug Enforcement Administration

Signed and sworn telephonically before me on June 18, 2026, and I do herby find probable cause.

Peter Bray
United States Magistrate Judge